IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCES GECKER, Solely as Chapter 7 Trustee for CYNTHIA COLLINS, <br><br> Plaintiff, <br> vs. <br><br> MENARD, INC., a/k/a MENARDS, <br><br> Defendant. | Case No. 3:16-cv-50153 <br><br> (Removed from the Western Division to the Eastern Division) |

### AGREED ORDER

This cause coming to be heard on the Motion of the parties, due notice having been given, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED AS FOLLOWS:

Pursuant to the motion of the parties for records concerning the treatment Cynthia Collins (DOB 10/5/1959) is currently seeking from Dr. Debra Stern of Debra Stern & Associates and Dr. Ralph Cusick of Still Point Mental Health Associates, the Court hereby orders that:

Dr. Debra Stern of Debra Stern & Associates and Dr. Ralph Cusick of Still Point Mental Health Associates provide any all mental health and medical records regarding Cynthia Collins (DOB 10/5/1959) to the requesting parties on or before September 15, 2018.

ENTER:

Date: 9/4/18

_____
Judge No. U.S. Magistrate Judge

OTTOSEN BRITZ KELLY COOPER & GILBERT, LTD.

Gallagher Bassett / Menard/Collins / Mental Health records order /285940

W. Anthony Andrews ARDC: 6217267
1804 N. Naper Blvd; Suite 350
Naperville, Illinois 60563
P: 630-682-0085